IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL ERVEN JACKSON,

    Petitioner,

v.

JOSHUA HIGHBERGER, Superintendent, Oregon State Correctional Institution,

    Respondent.

Case No. 6:21-cv-01143-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 32), and the matter is now before this Court on Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 32) is adopted in full. The Petition is DISMISSED without prejudice and the Court DENIES a Certificate of Appealability. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

    DATED this 7th day of November, 2022.

1 –ORDER

 s/Michael J. McShane 

Michael McShane
United States District Judge